# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| United States of America | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| Jesus Martin Bueno-Tizoc | Case Number: 2:18-mj-09054-PCL |
| | Emerson Wheat |
| | *Defendant's Attorney* |

**REGISTRATION NO. 70961298**

THE DEFENDANT:

☒ pleaded guilty to count(s)　1 of Complaint

☐ was found guilty to count(s)
　after a plea of not guilty.
　Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 8:1325 | ILLEGAL ENTRY (Misdemeanor) | 1 |

☐ The defendant has been found not guilty on count(s)

☐ Count(s)　　　　　　　　　　　dismissed on the motion of the United States.

### IMPRISONMENT

　　The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

　　　　　　　　　　　　　　　　　　90 DAYS

☒ Assessment: $10 WAIVED
☒ Fine: WAIVED

　　IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

　　　　　　　　　　　　　　　　　　Wednesday, June 20, 2018
　　　　　　　　　　　　　　　　　　Date of Imposition of Sentence

　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　HONORABLE PETER C. LEWIS
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE